Margaret SMITH, Plaintiff/Appellant,

v.

ST. JOSEPH'S HOSPITAL OF KIRKWOOD, et al., Defendants/Respondents.

No. 65213.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 28, 1995.

C. Finn Sheehan, High Ridge, for appellant.

Ben Ely, Jr., Kortenhof & Ely, St. Louis, for respondents.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiff appeals from a judgment based upon a jury verdict in a wrongful death case. Plaintiff alleged that the death of her daughter was caused by the negligence of Dr. Zoesch, an employee of St. Joseph's Hospital. The evidence in support of the jury verdict was not insufficient and no error of law appears. An opinion would have no precedential value. A statement in support of this decision has been furnished to the parties.

Judgment affirmed. Rule 84.16(b).